UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL-STEVE COX, <br><br> Petitioner, <br> v. <br> ESP/BAKER, et. al., <br><br> Respondents. | Case No. 3:14-cv-00156-MMD-WGC <br><br> ORDER |

Petitioner has submitted a financial certificate and inmate account statements, but no application to proceed *in forma pauperis* or habeas petition. (S*ee* dkt. no. 1.)

Petitioner, who has filed many, many habeas and civil rights actions in this Court, has failed to submit a habeas petition in this action. As such, this matter has not been properly commenced. The Court further notes that petitioner appears to seek to inquire as to the status of a state court case. In any event, the incomplete application to proceed *in forma pauperis* will be denied, and the present action will be dismissed without prejudice to the filing of a petition in a new action on the form required by LSR 3-1, with a *pauper* application on the proper form with all required attachments.

It is therefore ordered that the incomplete application to proceed *in forma pauperis* (dkt. no. 1) is denied and that this action shall be dismissed without prejudice to the filing of a habeas petition, on the required form, in a new action with a properly completed *pauper* application.

It is further ordered that the Clerk of Court shall enter judgment accordingly and close this case.

DATED THIS 7th day of November 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE